# CASE ANNOUNCEMENTS

*June 18, 2010*

[Cite as *06/18/2010 Case Announcements*, 2010-Ohio-2784.]

## MISCELLANEOUS ORDERS

**2004–2150.  Ohio State Bar Assn. v. Allen.**
This cause came on for further consideration upon the filing by relator of a motion for an order to show cause. Respondent filed a demand/motion to dismiss, relator filed a memo opposing the demand, and respondent filed a demand/motion to strike and dismiss the memo in opposition. Upon consideration thereof,

It is ordered by the court that respondent's demand/motion to dismiss and respondent's demand/motion to strike and dismiss are denied.

# CASE ANNOUNCEMENTS

*June 21, 2010*

[Cite as *06/21/2010 Case Announcements*, 2010-Ohio-2800.]

## MOTION AND PROCEDURAL RULINGS

**2009–1997.  State v. Hodge.**
Hamilton App. No. C–080968. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of appellant's motion to supplement the record,

It is ordered by the court that the motion is granted. The Clerk of Court for Hamilton County shall supplement the record in this case with the presentence investigation report within ten days of the date of this entry. The report shall remain under seal.

## DISCIPLINARY CASES

**2009–1267.  Cincinnati Bar Assn. v. Larson.**
On December 30, 2009, this court suspended respondent, Robert K. Larson, for a period of two years with one year stayed on conditions. On May 19, 2010, relator, Cincinnati Bar Association, filed a motion for order to appear and show cause, requesting the court to issue an order directing respondent to appear and show cause why he should not be found in contempt for his failure to comply with this court's order. Respondent did not file a response to the motion. Accordingly,

It is ordered by the court, sua sponte, that respondent appear in person before this court on August 10, 2010, at 9:00 a.m.